IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES EVANS                                                          PLAINTIFF

Vs.                          CASE NO.   4:09cv00486 JMM

STRYKER CORPORATION and                                    DEFENDANTS
STRYKER SALES CORPORATION

ORDER

The above case was transferred from the District of Oregon on July 9, 2009.

On July 13, 2009, the Clerk's Office of this district sent letters to counsel advising

the parties of the requirements to participate and to enroll to practice in the Eastern District

of Arkansas.[1]  Counsel were to respond within 30 days from the date of the letter.

As of this date Counsel for Plaintiff have not responded to the Clerk's letter.

The remaining Counsel for Defendants, Mr. Mario Horwitz, has met the requirement

of designating local counsel as Mr. James Tilley has entered an appearance as co-counsel

for Defendants, however he has not submitted the proper application for special or limited

appearance as required by Local Rule 83.5.

In order to participate as counsel in this case all counsel are directed to fully comply

with Local Rule 83.5, no later than September 30, 2009.  Failure to comply will result in

their removal from the case.

IT IS SO ORDERED this 16th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Charles H. Thronson's letter was mailed  August 11, 2009.