IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES EVANS                                                          PLAINTIFF

Vs.                          CASE NO.   4:09cv00486 JMM

STRYKER CORPORATION, et al                              DEFENDANTS

ORDER

By order entered September 16, 2009 (DE #86), Counsel who are associated with this case were directed to met the requirements to participate or enroll to practice in the Eastern District of Arkansas by September 30, 2009.

Because no response has been received, the Clerk is directed to terminate attorneys Charles H. Thronson, James T. Blanch, Jeffrey B. Wihtol, John P. Ball, Richard E. Mrazik and Mario Horwitz as participants in the case.

IT IS SO ORDERED this 1st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE